IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| HARVEST INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE PHOENIX INSURANCE COMPANY aka TRAVELERS, <br><br> Defendant. | Case No. 5:21-cv-04018-MAR <br><br> **DEFENDANT'S MOTION TO DISMISS** |

Defendant, The Phoenix Insurance Company (sued as "The Phoenix Insurance Company aka Travelers") ("Phoenix"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, submits the following Motion to Dismiss:

1. Plaintiff Harvest International, Inc. ("Harvest") filed this insurance coverage declaratory judgment action under theories of breach of contract and the doctrine of reasonable expectations and alleging bad faith relative to four separate insurance claims it submitted to Phoenix.

2. By this Motion, Phoenix seeks dismissal of Counts I, II, V (to the extent arising from the Friesen Action[1] and the COVID-19 business interruption claim), VI, VII (to the extent arising from the Friesen Action and the COVID-19 business interruption claim), and VIII (to the extent arising from the Friesen Action and the COVID-19 business interruption claim) of Harvest's First Amended Petition.

---

[1] The "Friesen Action" refers to the action currently pending in the United States District Court for the Southern District of Iowa, Central Division, captioned *Friesen v. Harvest International, Inc.*, Case No. 1:20-cv000014-JAJ-HCA.

3. Harvest's insurance policies issued by Phoenix indisputably provide no coverage for the claims asserted against Harvest in the Friesen Action or for Harvest's business interruption claim.

4. As a result, Harvest has failed to state declaratory judgment, breach of contract, and bad faith claims upon which relief can be granted relative to these two matters.

5. Additionally, Harvest has failed to allege any of the elements or prerequisites of the reasonable expectations doctrine.

6. As a result, Harvest has failed to state a claim upon which relief can be granted under the doctrine of reasonable expectations.

7. For these reasons, and as set out and discussed more fully in Phoenix's Brief in support of this Motion, Harvest has failed to state a claim for which relief can be granted under Counts I, II, V (Friesen Action and COVID-19 business interruption claim), VI, VII (Friesen Action and COVID-19 business interruption claim), and VIII (Friesen Action and COVID-19 business interruption claim) of its First Amended Petition.

8. Phoenix respectfully requests that the Court enter an Order dismissing each of these claims pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE Defendant The Phoenix Insurance Company (sued as "The Phoenix Insurance Company aka Travelers") respectfully requests that the Court enter an Order dismissing Counts I, II, V (to the extent arising from the Friesen Action and the COVID-19 business interruption claim), VI, VII (to the extent arising from the Friesen Action and the COVID-19 business interruption claim), and VIII (to the extent arising from the Friesen Action and the COVID-19 business interruption claim) of Plaintiff's First Amended Petition for failure

to state a claim upon which relief can be granted, and grant such other and further relief as the Court deems just and equitable.

**LEDERER WESTON CRAIG PLC**

By /s/ *Brenda K. Wallrichs*
   Brenda K. Wallrichs AT0008203
   118 Third Avenue SE, Suite 700
   P. O. Box 1927
   Cedar Rapids, IA 52406-1927
   Phone: (319) 365-1184
   Fax: (319) 365-1186
   E-mail: bwallrichs@lwclawyers.com

**ATTORNEY FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Western Division, using the ECF system which will send notification of such filing to the following:

Brett T. Osborn
ABBOTT OSBORN JACOBS PLC
974 73rd Street
Suite 20
Des Moines, IA 50324
Email: bosborn@midwestlawgroup.com

Glenn L. Johnson
MCKEE, VOORHEES & SEASE, P.L.C.
Email: glenn.johnson@ipmvs.com
Email: mvslit@ipmvs.com
ATTORNEYS FOR PLAINTIFF

Executed this 5th day of May, 2021.

                                              /s/ Brenda K. Wallrichs