# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| **HARVEST INTERNATIONAL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PHOENIX INSURANCE COMPANY aka TRAVELERS,**<br><br>Defendant. | CASE No. 5:21-cv-04018<br><br>Judge Leonard T. Strand<br>Magistrate Mark A. Roberts<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Harvest International, Inc., Plaintiff, and The Phoenix Insurance Company aka Travelers, Defendant, pursuant to agreement and the provisions of FRCP 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this case without prejudice and without the entry of a Court Order.

Respectfully submitted,

/s/ Glenn Johnson
**GLENN JOHNSON** (AT0003856)
MCKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Ste. 3200
Des Moines, IA 50309
Ph: 515-288-3667
Fax: 515-288-1338
Email: glenn.johnson@ipmvs.com
Email: mvslit@ipmvs.com

**COUNSEL FOR HARVEST INTERNATIONAL, INC.**

/s/ Brenda K. Wallrichs
**BRENDA K. WALLRICHS** (AT0008203)
LEDERER WESTON CRAIG PLC
PO Box 1927
118 Third Avenue SE, Suite 700
Cedar Rapids, Iowa 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

**COUNSEL FOR THE PHOENIX INSURANCE COMPANY aka TRAVELERS**

**Certificate of Service**

     The undersigned certifies that on July 29, 2021, the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                    By: /s/Glenn Johnson